1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Dan Fruchter
4  Tyler H.L. Tornabene
   Assistant United States Attorneys
5  Post Office Box 1494
6  Spokane, WA 99210-1494
7  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 9 2023

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

8
9
10                    UNITED STATES DISTRICT COURT
11              FOR THE EASTERN DISTRICT OF WASHINGTON

12  UNITED STATES OF AMERICA,          2:23-cr-00085-TOR-1

13                  Plaintiff,         INDICTMENT

14
15        v.                           Vio: 18 U.S.C. § 1343
                                            Wire Fraud (Counts 1-23)
16  CAROL DACAYMAT CASILLA,
                                       18 U.S.C. § 1344 (1) and (2)
17                  Defendant.         Bank Fraud (Counts 24-46)
18
19                                     18 U.S.C. § 981, 28 U.S.C. §
20                                     2461(c), 18 U.S.C. § 982
                                       Forfeiture Allegations
21
22
23        The Grand Jury Charges:

24                            BACKGROUND
25
          At all times relevant to this Indictment:
26
27        1.    Spokane Dermatology Clinic (SDC), located in the Eastern District of
28  Washington at 324 S. Sherman St. Ste. A, Spokane, WA  99202, provides

INDICTMENT - 1

dermatological care and medical treatment to patients.  As a health care provider, SDC employs numerous medical and professional staff.

2.      Premier Clinical Research (PCR), located in the Eastern District of Washington at 324 S. Sherman St. Ste. A2, Spokane, WA  99202, conducts U.S. Food and Drug Administration clinical trials and other research involving SDC patients.

3.      3rd and Sherman Plaza LLC (3rd and Sherman), located in the Eastern District of Washington at 324 S. Sherman St. Ste. A2, Spokane, WA 99202, owns the building in which SDC and PCR operate. 3rd and Sherman does not employ any staff and is a corporate entity that simply owns the commercial real estate in which PCR and SDC operate.

4.      3rd and Sherman, SDC, and PCR (collectively "the companies") are separate businesses, but are located in the same building, have common ownership, and share a number of staff and services, including bookkeeping and accounting, though the three businesses have separate bank accounts and maintain separate accounting ledgers.

5.      Between May 2020 and March 2023, Defendant CAROL DACAYMAT CASILLA, was an accountant employed by SDC and responsible for accounting and bookkeeping services for the companies.  Defendant began in March 2020 as a Staff Accountant, was promoted to Accounting Manager in August 2021, and was promoted again to Director of Finance in September 2022. At all times relevant to the Indictment, through her employment and role with SDC, Defendant had access to the companies' bank accounts, debit cards, payroll system, and other financial accounting records and information.  While Defendant did not have check signature or purchase authority on behalf of the companies, Defendant did have physical access to a company "signature stamp" bearing the

INDICTMENT - 2

signature of the companies' owner that could be used to sign checks.

6.      As an employee of SDC, and like other employees, Defendant was paid via payroll service used by SDC rather than by company check or otherwise directly from company funds, with the exception of her first paycheck in March 2020 as well as annual holiday bonus payments in 2020, 2021, and 2022, which were paid to Defendant directly via company check.

7.      During the time period relevant to the Indictment, SDC maintained a company business checking account with account number ending in 4229 with Riverbank, which is a federally-insured financial institution, the deposits of which are insured by the Federal Deposit Insurance Commission.

8.      During the time period relevant to the Indictment, PCR maintained a company business checking account with account number ending in 7658 with Mountain West Bank, a division of Glacier Bank, which is a federally-insured financial institution, the deposits of which are insured by the Federal Deposit Insurance Commission.

9.      During the time period relevant to the Indictment, 3rd and Sherman maintained a company business checking account with account number ending in 9367 with Mountain West Bank, a division of Glacier Bank, which is a federally-insured financial institution, the deposits of which are insured by the Federal Deposit Insurance Commission.

10.     During the time period relevant to the Indictment, SDC utilized the services of attorneys at the law firm Etter, McMahon, Laberson, Van Wert & Oreskovich (Etter McMahon), located at 618 W. Riverside Ave. Ste. 210 in Spokane, WA, 99201.

<u>THE SCHEME</u>

11.     Between on or about May 20, 2020 and on or about March 7, 2023, in

INDICTMENT - 3

the Eastern District of Washington, Defendant CAROL DACAYMAT CASILLA

did knowingly, and with the intent to defraud, devise a scheme and plan to defraud

the companies, and to obtain money and property belonging to the companies by

means of materially false and fraudulent pretenses, representations and promises.

MANNER AND MEANS

12.    As a part of the scheme, beginning no later than on or about May 20,
2020, and continuing until at least on or about March 3, 2023, using her access to
the companies' accounts, books, and checks, Defendant CAROL DACAYMAT
CASILLA, without authority, caused funds to be electronically transferred from
the companies' bank accounts to various bank accounts that she owned and
controlled, using interstate wires.

13.    As an additional part of the scheme, between on or about February 3,
2022, and on or about February 21, 2023, using her access to SDC's accounts
Defendant CAROL DACAYMAT CASILLA regularly caused funds to be
electronically transferred using interstate wires and through automated clearing
house (ACH) payments from SDC's bank accounts and funds to Defendant's
personal credit card accounts with Bank of America and JP Morgan Chase.

14.    As part of the scheme, on or about June 16, 2020, Defendant, CAROL
DACAYMAT CASILLA, created a purported fictitious bookkeeping business
called "Etters Bookkeeping" in order to conceal the fraud and make it appear as
though payments to Defendant in the name of "Etters Bookkeeping" were
legitimate business expenses of SDC incurred for services performed by Etter
McMahon.  On or about June 16, 2020, Defendant registered "Etters
Bookkeeping" as a Limited Liability Company with the Washington State
Secretary of State, and designated the business entity within the registry as
"Casilla, Carol D. D.B.A. Etters Bookkeeping."  Defendant, CAROL

INDICTMENT - 4

DACAYMAT CASILLA also created a Bank of America bank account, number ending in 9651, in the name of "Etters Bookkeeping," with herself as the sole signatory as the purported sole proprietor of Etters Bookkeeping, and with her home address as the business address for "Etters Bookkeeping."

15.    As part of the scheme, Defendant, CAROL DACAYMAT CASILLA, without authority, stole the companies' company checks and affixed the signature of the companies' owner using the signature stamp to which she had access or a copy made thereof, writing checks to herself and to "Etters Bookkeeping." Defendant CAROL DACAYMAT CASILLA then used her phone to make mobile deposits into her accounts, including her personal accounts and the fraudulent "Etters Bookkeeping" account, via the interstate wires, fraudulently converting company funds in the company bank accounts to herself.

16.    As part of the scheme, in total, between on or about May 20, 2020 and March 3, 2023, Defendant CAROL DACAYMAT CASILLA, in the manner described above, fraudulently obtained at least $715,255.09 from the companies' funds held in the companies' bank accounts and using the interstate wires in at least 148 fraudulent transactions: (a) 38 fraudulent transfers from SDC's Riverbank account ending in 4229 transferred via mobile deposit to Defendant's personal account ending in 1845 with BECU totaling at least $134,491.44; (b) 10 fraudulent transfers from PCR's Mountain West Bank account ending in 7658 transferred via mobile deposit to Defendant's personal account ending in 1845 with BECU totaling at least $38,146.06; (c) 9 fraudulent transfers from 3rd and Sherman's Mountain West Bank account ending in 9367 transferred via mobile deposit to Defendant's personal account ending in 1845 with BECU totaling at least $38,506.40; (d) 37 fraudulent transfers from the 3rd and Sherman's Mountain West Bank account ending in 9367 transferred via ACH payment to Defendant's

personal Bank of America credit card account ending in 1932 totaling at least $147,755.79; (e) 6 fraudulent transfers from SDC's bank accounts ending in Riverbank account number ending with 4229 transferred via ACH payment to Defendant's personal JP Morgan Chase credit card account ending in 0585 totaling at least $26,207.71; and (f) 48 fraudulent transfers from SDC's Riverbank account ending in 4229 transferred via mobile deposit to Defendant's "Etters Bookkeeping" account ending in 9651 with Bank of America totaling $330,147.69. These fraudulent transfers of the companies' funds to Defendant were not related to any legitimate expenses or amounts to which Defendant had any legitimate claim, and were made by Defendant using the companies' funds without proper purpose or lawful authority.

17.    Additionally, as part of the scheme, during the time period relevant to the Indictment, Defendant CAROL DACAYMAT CASILLA, created fraudulent entries in SDC's Quickbooks accounting system in order to make it appear that payments to Defendant's "Etters Bookkeeping" account, were legitimate business expenditures of SDC incurred for legal services performed by Etter McMahon. "Etters Bookkeeping" is not a legitimate vendor for SDC. Many of these Quickbooks entries were later deleted.

COUNTS 1 through 23

18.    The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 17 as if fully set forth herein. Further, the allegations in all other counts in the Indictment are re-alleged and incorporated into this count as if fully set forth herein.

19.    On or about the specific dates set forth below, in the Eastern District of Washington, the Defendant, CAROL DACAYMAT CASILLA, for the purpose of obtaining money from SDC, PCR and 3rd and Sherman, did knowingly and with

INDICTMENT - 6

intent to defraud, transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce the signals and sounds described below for each count, each transmission constituting a separate count:

| Count | Date | Description of Wire |
|-------|------|---------------------|
| 1 | On or about June 17, 2020 | SDC Check #38615 to the order of "Etters" in the amount of $2,314.50, electronically transmitted and deposited via mobile deposit into Defendant's "Etters Bookkeeping" Bank of America account ending in 9651, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 2 | On or about October 29, 2020 | SDC Check #38788 to the order of "Etter" in the amount of $8,670.00 electronically transmitted and deposited via mobile deposit into Defendant's "Etters Bookkeeping" Bank of America account ending in 9651, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 3 | On or about January 4, 2021 | SDC Check #38872 to the order of "Etters" in the amount of $9,485.00 electronically transmitted and deposited via mobile deposit into Defendant's "Etters Bookkeeping" Bank of America account ending in 9651, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 4 | On or about September 7, 2021 | SDC Check #40122 to the order of "Etters" in the amount of $11,174.56 electronically transmitted and deposited via mobile deposit into Defendant's "Etters Bookkeeping" Bank of America account ending in 9651, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |

INDICTMENT - 7

| | 5 | On or about February 28, 2022 | SDC Check #40290 to the order of "Etters" in the amount of $7,150.00 electronically transmitted and deposited via mobile deposit into Defendant's "Etters Bookkeeping" Bank of America account ending in 9651, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| | 6 | On or about October 18, 2022 | SDC Check #40817 to the order of "Etters" in the amount of $5,525.50 electronically transmitted and deposited via mobile deposit into Defendant's "Etters Bookkeeping" Bank of America account ending in 9651, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |

| Count | Date | Description of Wire |
|---|---|---|
| 7 | On or about April 21, 2022 | 3rd and Sherman Check #4306 in the amount of $4,355.00 electronically transmitted and deposited via mobile deposit into Defendant's BECU account ending in 1845, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 8 | On or about September 8, 2022 | 3rd and Sherman Check #4362 in the amount of $5,125.00 electronically transmitted and deposited via mobile deposit into Defendant's BECU account ending in 1845, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 9 | On or about December 29, 2022 | 3rd and Sherman Check #4394 in the amount of $5,225.50 electronically transmitted and deposited via mobile deposit into Defendant's BECU account ending in 1845, resulting in an interstate wire communication |

INDICTMENT - 8

|  |  | from the Eastern District of Washington to a server located outside Washington. |
|---|---|---|

| Count | Date | Description of Wire |
|---|---|---|
| 10 | On or about March 16, 2022 | PCR Check #1000119 in the amount of $2,036.96 electronically transmitted and deposited via mobile deposit into Defendant's BECU account ending in 1845, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 11 | On or about September 6, 2022 | PCR Check #5505 in the amount of $4,455.00 electronically transmitted and deposited via mobile deposit into Defendant's BECU account ending in 1845, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 12 | On or about December 31, 2022 | PCR Check #5549 in the amount of $3,135.10 electronically transmitted and deposited via mobile deposit into Defendant's BECU account ending in 1845, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |

| Count | Date | Description of Wire |
|---|---|---|
| 13 | On or about December 27, 2021 | SDC Check #1000387 in the amount of $2,662.50 electronically transmitted and deposited via mobile deposit into Defendant's BECU account ending in 1845, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 14 | On or about April 13, 2022 | SDC Check # 40457 in the amount of $3,455.12 electronically transmitted and deposited via mobile deposit into |

INDICTMENT - 9

| | | Defendant's BECU account ending in 1845, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
|---|---|---|
| 15 | On or about January 16, 2023 | SDC Check # 40915 in the amount of $4,926.80 electronically transmitted and deposited via mobile deposit into Defendant's BECU account ending in 1845, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |

| Count | Date | Description of Wire |
|---|---|---|
| 16 | On or about February 3, 2022 | ACH payment reference #8554 in the amount of $2,000 from 3rd and Sherman's Mountain West Bank account ending in 9367 to Defendant's Bank of America credit card account ending in 1932, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 17 | On or about February 11, 2022 | ACH payment reference #0469 in the amount of $3,336.75 from 3rd and Sherman's Mountain West Bank account ending in 9367 to Defendant's Bank of America credit card account ending in 1932, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 18 | On or about June 8, 2022 | ACH payment reference # 1821 in the amount of $5,652.45 from 3rd and Sherman's Mountain West Bank account ending in 9367 to Defendant's Bank of America credit card account ending in 1932, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |

INDICTMENT - 10

| 19 | On or about January 12, 2023 | ACH payment reference # 1068 in the amount of $6,351.48 from 3rd and Sherman's Mountain West Bank account ending in 9367 to Defendant's Bank of America credit card account ending in 1932, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| --- | --- | --- |
| 20 | On or about February 20, 2023 | ACH payment reference # 2642 in the amount of $4,891.56 from 3rd and Sherman's Mountain West Bank account ending in 9367 to Defendant's Bank of America credit card account ending in 1932 , resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |

| Count | Date | Description of Wire |
| --- | --- | --- |
| 21 | On or about April 27, 2022 | ACH payment in the amount of $4,124.00 from SDC's Riverbank account ending in 4229 to Defendant's JP Morgan Chase credit card account ending in 0585, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 22 | On or about October 10, 2022 | ACH payment in the amount of $4,425.68 from SDC's Riverbank account ending in 4229 to Defendant's JP Morgan Chase credit card account ending in 0585, resulting in an interstate wire communication from the Eastern District of Washington to a server located outside Washington. |
| 23 | On or about December 2, 2022 | ACH payment in the amount of $6,441.19 from SDC's Riverbank account ending in 4229 to Defendant's JP Morgan Chase credit card account ending in 0585, resulting in an interstate wire communication from the |

INDICTMENT - 11

| | | Eastern District of Washington to a server located outside Washington. |
|---|---|---|

All in violation of 18 U.S.C. § 1343.

COUNTS 24 through 46

20.     The Grand Jury re-alleges and incorporates by reference paragraphs 1 through 19 as if fully set forth herein.

21.     The Defendant, CAROL DACAYMAT CASILLA, in the Eastern District of Washington and elsewhere, did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to defraud one or more financial institutions, as defined by 18 U.S.C. § 20, which scheme and artifice employed material falsehoods, and did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys, funds, credits, assets, or other property owned by, and under the custody and control of one or more said financial institutions by means of false and fraudulent pretenses, representations, and promises, as detailed in Counts 24 through 46 herein, described below for each count, each execution of the scheme and artifice constituting a separate count:

| Count | Date | Description of Execution |
|---|---|---|
| 24 | On or about June 17, 2020 | SDC Check #38615 in the amount of $2,314.50 fraudulently affixed with a signature stamp and fraudulently drawn on SDC's Riverbank account ending in 4229, paid to the order of "Etters" and deposited into Defendant's Bank of America "Etters Bookkeeping" account number ending in 9651. |
| 25 | On or about October 27, 2020 | SDC Check #38788 in the amount of $8,670.00 fraudulently affixed with a signature stamp and fraudulently drawn |

INDICTMENT - 12

|  |  | on SDC's Riverbank account ending in 4229, paid to the order of "Etter" and deposited into Defendant's Bank of America "Etters Bookkeeping" account number ending in 9651. |
|---|---|---|
| 26 | On or about January 4, 2021 | SDC Check #38872 in the amount of $9,485.00 fraudulently affixed with a signature stamp and fraudulently drawn on SDC's Riverbank account ending in 4229, paid to the order of "Etters" and deposited into Defendant's Bank of America "Etters Bookkeeping" account number ending in 9651. |
| 27 | On or about September 1, 2021 | SDC Check #40122 in the amount of $11,174.56 fraudulently affixed with a signature stamp and fraudulently drawn on SDC's Riverbank account ending in 4229, paid to the order of "Etters" and deposited into Defendant's Bank of America "Etters Bookkeeping" account number ending in 9651. |
| 28 | On or about February 28, 2022 | SDC Check #40290 in the amount of $7,150.00 fraudulently affixed with a signature stamp and fraudulently drawn on SDC's Riverbank account ending in 4229, paid to the order of "Etters" and deposited into Defendant's Bank of America "Etters Bookkeeping" account number ending in 9651. |
| 29 | On or about October 18, 2022 | SDC Check #40817 in the amount of $5,525.50 fraudulently affixed with a signature stamp and fraudulently drawn on SDC's Riverbank account ending in 4229, paid to the order of "Etters" and deposited into Defendant's Bank of America "Etters Bookkeeping" account number ending in 9651. |

INDICTMENT - 13

| Count | Date | Description of Execution |
|---|---|---|
| 30 | On or about April 21, 2022 | 3rd and Sherman Check #4306 in the amount of $4,355.00 paid to the order of "Carol D. Casilla," fraudulently affixed with a signature stamp, and fraudulently drawn on 3rd and Sherman's Mountain West Bank account number 9367, paid to the order of Defendant's BECU account number ending in 1845. |
| 31 | On or about September 6, 2022 | 3rd and Sherman Check #4362 in the amount of $5,125.00 paid to the order of "Carol D. Casilla," fraudulently affixed with a signature stamp and fraudulently drawn on 3rd and Sherman's Mountain West Bank account number 9367, paid to the order of Defendant's BECU account number ending in 1845. |
| 32 | On or about December 28, 2022 | 3rd and Sherman Check #4394 in the amount of $5,225.50 paid to the order of "Carol D. Casilla," fraudulently affixed with a signature stamp and fraudulently drawn on 3rd and Sherman's Mountain West Bank account number 9367, paid to the order of Defendant's BECU account number ending in 1845. |

| Count | Date | Description of Execution |
|---|---|---|
| 33 | On or about March 15, 2022 | PCR Check #1000119 in the amount of $2,036.96 paid to the order of "Carol D. Casilla," fraudulently affixed with a signature stamp, and fraudulently drawn on PCR's Mountain West Bank account number 7658, paid to the order of Defendant's BECU account number ending in 1845. |
| 34 | On or about September 5, 2022 | PCR Check #5505 in the amount of $4,455.00 paid to the order of "Carol D. Casilla," fraudulently affixed with a signature stamp and fraudulently drawn on |

INDICTMENT - 14

|  |  | PCR's Mountain West Bank account number 7658, paid to the order of Defendant's BECU account number ending in 1845. |
|---|---|---|
| 35 | On or about December 30, 2022 | PRC Check #5549 in the amount of $3,135.10 paid to the order of "Carol D. Casilla," fraudulently affixed with a signature stamp and fraudulently drawn on PCR's Mountain West Bank account number 7658, paid to the order of Defendant's BECU account number ending in 1845. |

| Count | Date | Description of Execution |
|---|---|---|
| 36 | On or about December 10, 2021 | SDC Check #1000387 in the amount of $2,662.50 paid to the order of "Carol D. Casilla," fraudulently affixed with a signature stamp and fraudulently drawn on SDC's Riverbank account number 4229, paid to the order of Defendant and deposited in Defendant's BECU account ending in 1845. |
| 37 | On or about April 13, 2022 | SDC Check # 40457 in the amount of $3,455.12 paid to the order of "Carol D. Casilla," fraudulently affixed with a signature stamp and fraudulently drawn on SDC's Riverbank account number 4229, paid to the order of Defendant and deposited in Defendant's BECU account ending in 1845. |
| 38 | On or about January 16, 2023 | SDC Check # 40915 in the amount of $4,926.80 paid to the order of "Carol D. Casilla," fraudulently affixed with a signature stamp and fraudulently drawn on SDC's Riverbank account number 4229, paid to the order of Defendant and deposited in Defendant's BECU account ending in 1845. |

INDICTMENT - 15

| Count | Date | Description of Execution |
|-------|------|--------------------------|
| 39 | On or about February 3, 2022 | ACH payment reference #8554 in the amount of $2,000 fraudulently transferred from 3rd and Sherman's Mountain West Bank account ending in 9367 to Defendant's Bank of America credit card account ending in 1932. |
| 40 | On or about February 11, 2022 | ACH payment reference #0469 in the amount of $3,336.75 fraudulently transferred from 3rd and Sherman's Mountain West Bank account ending in 9367 to Defendant's Bank of America credit card account ending in 1932. |
| 41 | On or about June 8, 2022 | ACH payment reference #1821 in the amount of $5,652.45 fraudulently transferred from 3rd and Sherman's Mountain West Bank account ending in 9367 to Defendant's Bank of America credit card account ending in 1932. |
| 42 | On or about January 12, 2023 | ACH payment reference #1068 in the amount of $6,351.48 fraudulently transferred from 3rd and Sherman's Mountain West Bank account ending in 9367 to Defendant's Bank of America credit card account ending in 1932. |
| 43 | On or about February 21, 2023 | ACH payment reference #2642 in the amount of $4,891.56 fraudulently transferred from 3rd and Sherman's Mountain West Bank account ending in 7658 to Defendant's Bank of America credit card account ending in 1932. |

| Count | Date | Description of Execution |
|-------|------|--------------------------|
| 44 | On or about April 29, 2022 | ACH payment in the amount of $4,124.00 fraudulently transferred from SDC's Riverbank account ending in 4229 to Defendant's personal J.P. Morgan Chase credit card account ending in 0585. |

INDICTMENT - 16

| 45 | On or about October 11, 2022 | ACH payment in the amount of $4,425.68 fraudulently transferred from SDC's Riverbank account ending in 4229 to Defendant's personal J.P. Morgan Chase credit card account ending in 0585. |
| 46 | On or about December 5, 2022 | ACH payment in the amount of $6,441.19 fraudulently transferred from SDC's Riverbank account ending in 4229 to Defendant's personal J.P. Morgan Chase credit card account ending in 0585. |

All in violation of 18 U.S.C. § 1344(1) and (2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

### WIRE FRAUD

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 1343, Wire Fraud, as set forth in Counts 1 – 23 of this Indictment, Defendant, CAROL DACAYMAT CASILLA, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s). The property sought for forfeiture includes, but is not limited to, the following

### MONEY JUDGMENT

- A sum of money in United States currency, representing the amount of proceeds Defendant obtained from the wire fraud violations.

If any of the property described above, as the result of any act or omission of Defendant:

(a)    cannot be located upon the exercise of due diligence;

(b)    has been transferred or sold to, or deposited with, a third party;

INDICTMENT - 17

(c)    has been placed beyond the jurisdiction of the court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

BANK FRAUD

Pursuant to 18 U.S.C. § 982(a)(2)(A), upon conviction of an offense(s) in violation of 18 U.S.C. § 1344, Bank Fraud, as set forth in Counts 24 – 46 of this Indictment, Defendant, CAROL DACAYMAT CASILLA, shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s). The property sought for forfeiture includes, but is not limited to:

MONEY JUDGMENT

- A sum of money in United States currency, representing the amount of proceeds Defendant obtained from the bank fraud violations.

If any of the property described above, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

INDICTMENT - 18

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c). All pursuant to 18 U.S.C. § 982(a)(2)(A) and 28 U.S.C. § 2461(c).

DATED this  18  day of July, 2023.

A TRUE BILL



Vanessa R. Waldref
United States Attorney

Dan Fruchter
Assistant United States Attorney

Tyler H.L. Tornabene
Assistant United States Attorney

INDICTMENT - 19